IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IVAN RAY BEGAY,

      Petitioner,

v.                                                    CASE NO. 1:11-cv-00113-MP-GRJ

PAIGE AUGUSTINE, NAVAJO NATION TREATY TRIBE, UNITED STATES OF
AMERICA,

      Respondents.

_____/

## O R D E R

      This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate

Judge, which recommends that the petition for writ of habeas corpus, Doc. 1, be dismissed.

Petitioner has not objected to the recommendation, and the time for doing so has passed.

Finding no plain error, it is accordingly

      **ORDERED AND ADJUDGED:**

      1.     The Report and Recommendation of the Magistrate Judge, Doc. 3, is ACCEPTED
and incorporated herein.

      2.     The petition for writ of habeas corpus, Doc. 1, is DISMISSED

.

      **DONE AND ORDERED** this __*28th*__ day of July, 2011

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge